AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Jordan<br>*Petitioner*<br>v.<br>Attorney General for South Carolina; Dept.<br>Of Mental Health; The State,<br>*Respondent* | ) ) ) ) ) ) )  Civil Action No.    2:11-cv-2736-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. This petition is dismissed without prejudice and without requiring the Respondents to file a return. The petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C §2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   December 13, 2011                                              *CLERK OF COURT*

                                                                                    s/H. Hillman
                                                                        *Signature of Clerk or Deputy Clerk*